Opinion approved by the Court.

### SMITH v. STATE.
### No. 25148.

Court of Criminal Appeals of Texas.

Feb. 7, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for unlawfully carrying a pistol. The jury assessed a penalty of $100 fine.

The record on appeal contains no statement of facts or bill of exception. The proceedings appear regular in every respect. No question is presented for our consideration.

The judgment of the trial court is affirmed.